IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SUSAN C. HACKER,<br><br>               Defendant. | 4:15CR3124<br><br>**ORDER** |

Defendant has moved to continue her arraignment, (filing no. 8), because the defense counsel is not able to attend on the currently scheduled date. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

    1)    Defendant's motion to continue, (filing no. 8), is granted.

    2)    Defendant's arraignment will be held in Courtroom 2, United States Courthouse, Lincoln, Nebraska, on January 6, 2016 at 9:30 a.m.

    3)    Based upon the representations of counsel, the Court further finds that the ends of justice will be served by delaying the arraignment, and the time between today's date and January 6, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

December 9, 2015.

                                                         BY THE COURT:

                                                         *s/ Cheryl R. Zwart*
                                                         United States Magistrate Judge